

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

June 10, 2004

Mr. Chad Nathan Barrows
Cumberland County Jail
50 County Way
Portland, ME  04102

Dear Mr. Barrows:

   On June 7, 2004, the Court received a copy of a Section 2254 habeas petition that was filed by you in the District of Maine. Barrows v. Attorney Gen., et al., C.A. No. 04-00030-GC. The petition bears the caption and case number of the District of Maine.

   This Court's records do not indicate that you have any case pending in this Court, the District of Massachusetts. However, a search of the federal judiciary's PACER system indicates that you filed an appeal of Barrows v. Attorney Gen., et al., C.A. No. 04-00030-GC with the United States Court of Appeals for the First Circuit.

   I am returning the petition to you. If you intended to file this pleading with the First Circuit, I have enclosed the address of that court.

   United States Court of Appeals for the First Circuit
   1 Courthouse Way, Suite 2500
   Boston, MA 02210
   Clerk:  Richard Cushing

Please note that the First Circuit is located in the same building as the district court, and therefore it is important to clearly note which court you are addressing in order to ensure prompt processing of any filings.

   Please also note that your petition has been date-stamped. If you intended to file it in this Court, please return the date-stamped copy with the $5 filing fee or an application to waive the filing fee (enclosed) and indicate that you intend to file the pleading in this Court.

                          Very truly yours,

                          Linn A. Weissman
                          Pro Se Office