Char[illegible] [illegible]
[illegible]
[illegible]
[illegible]
[illegible]
[illegible]

[illegible]

[illegible]
[illegible] Office of the [illegible]
[illegible]
[illegible]

Re: [illegible] 6-10-04

Dear [illegible]:

[illegible]
you [illegible]
[illegible]
the [illegible] the [illegible]
the conviction [illegible]
Clerk [illegible]
so [illegible] 6-15-04

Enclosed is my [illegible]
[illegible] and [illegible]
by the [illegible]

have returned it [illegible] been
it was filed in the wrong court. I [illegible]
it was kept and I [illegible]
[illegible] an indigent-incompetent
prisoner [illegible] to [illegible]
to the court [illegible] that [illegible]
[illegible] to a place [illegible] the
mentally [illegible] here
[illegible]
[illegible]
meaning [illegible]

[illegible] all the [illegible]
[illegible] options [illegible] for me
[illegible]
be [illegible]
[illegible]
information the habeas petition [illegible]
[illegible] to [illegible]
attempt [illegible] the [illegible]
[illegible]
my petition [illegible]
[illegible]
[illegible], or [illegible]
me [illegible]
I [illegible] I [illegible]
[illegible]
[illegible]

2

going to happen to my file. After [illegible] request for my [illegible] returned [illegible] [illegible], to today 7-5-04, I am free again [illegible] my [illegible] [illegible] and [illegible] [illegible] filing [illegible] and [illegible] in the [illegible] District Court. I [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible] [illegible].

I Respectfully Submitted,

[illegible]

Dated: 7-[illegible]-04

Dated: [illegible]